IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

# INITIAL APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE: ELIZABETH COWAN WRIGHT |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No: 23-cr-155 (SRN/TNL) |
| | ) | Date: May 3, 2023 |
| Obuatawan Leon Holt (1), | ) | Courthouse: St. Paul |
| | ) | Courtroom: 3C |
| Defendant. | ) | Time Commenced: 11:22 a.m. |
| | ) | Time Concluded: 11:26 a.m. |
| | ) | Time in Court: 4 minutes |

APPEARANCES:

Plaintiff: William Mattessich, Assistant U.S. Attorney
Defendant: Jean Brandl, Assistant Federal Public Defender
    X FPD        X To be appointed

Date Charges Filed: April 26, 2023        Offense: felon in possession of firearms

    X Advised of Rights

on    X Indictment

X Government moves for detention.
Motion is X granted, temporary detention ordered

Next appearance date is Monday, May 8, 2023 at 1:30 p.m. before U.S. Magistrate Judge John F. Docherty in St. Paul CR 6A for:
    X Detention hrg        X Arraignment

X Government moves to unseal the case.        X Granted

Additional Information:
X Oral Rule 5(f) Brady notice read on the record.

                                                                _s/nah_
                                                    Signature of Courtroom Deputy