UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| United States of America, | Case No. 23-cr-155 (SRN/TNL) |
| Plaintiff, | |
| v. | **ORDER** |
| Obuatawan Leon Holt (1), and Latoya Bea Smith (2), | |
| Defendants. | |

---

This matter comes before the Court on Defendant Latoya Bea Smith's Unopposed Second Motion to Continue Motions Filing Deadline and Motion Hearing and to Exclude Time Under the Speedy Trial Act, ECF No. 40. Defendant Smith also filed a Statement of Facts in Support of Exclusion of Time Under the Speedy Trial Act ("Statement of Facts"), ECF No. 41.

Defendant Smith requests a four-week extension of the deadline for filing pretrial motions, the motions hearing date, and related dates. ECF No. 40 at 1. Defendant Smith states that additional time "is necessary based on the status of the government's disclosures and the parties' efforts to meet and confer regarding this matter." *Id*. Further, additional time is needed for the Government to provide disclosures, for Defendant Smith to review disclosures, and for the parties to meet and confer regarding multiple categories of discovery, the basis for the prosecution, and several potential pretrial motions. *Id*. at 1-2. Counsel for Defendant Smith has conferred with the Government, who has no objection to the requested extension, as well as counsel for Defendant Obuatawan Leon Holt, who has

1

no objection to the requested extension. *Id*. In her Statement of Facts, Defendant requests that this period of time be excluded from computation under the Speedy Trial Act. ECF No. 41 at 1; *see also* ECF No. 40.

Pursuant to 18 U.S.C. § 3161(h), this Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and Defendants in a speedy trial and such continuance is necessary to provide the parties and their respective counsel reasonable time necessary for effective preparation and to make efficient use of the parties' resources.

Based on all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Defendant Smith's Unopposed Second Motion to Continue Motions Filing Deadline and Motion Hearing and to Exclude Time Under the Speedy Trial Act, ECF No. 40, is **GRANTED**.

2. The period of time from **the date of this Order through July 28, 2023**, shall be excluded from Speedy Trial Act computations in this case. *See United States v. Mallett*, 751 F.3d 907, 911 (8th Cir. 2014) ("Exclusions of time attributable to one defendant apply to all codefendants." (quotation omitted)); *United States v. Arrellano-Garcia*, 471 F.3d 897, 900 (8th Cir. 2006) (same).

3. The parties must disclose the identity of any expert witness and make all expert disclosures required by Federal Rule of Criminal Procedure 16 no later than 28 days before trial. The parties must disclose the identity of any expert who will testify in rebuttal

of an expert witness and make all disclosures as to such expert required by Federal Rule of Criminal Procedure 16 no later than 14 days before trial.

4. All motions in the above-entitled case shall be filed and served consistent with Federal Rules of Criminal Procedure 12(b) and 47 on or before **July 28, 2023**. D. Minn. LR 12.1(c)(1). Two courtesy copies of all motions and responses shall be delivered directly to the chambers of Magistrate Judge Leung.

5. Counsel shall electronically file a letter on or before **July 28, 2023**, if no motions will be filed and there is no need for hearing.

6. All responses to motions shall be filed by **August 11, 2023**. D. Minn. LR 12.1(c)(2).

7. Any Notice of Intent to Call Witnesses shall be filed by **August 11, 2023**. D. Minn. LR 12.1(c)(3)(A).

8. Any Responsive Notice of Intent to Call Witnesses shall be filed by **August 16, 2023**. D. Minn. LR 12.1(c)(3)(B).

9. A motions hearing will be held pursuant to Federal Rules of Criminal Procedure 12(c) where:

   a. The government makes timely disclosures and a defendant pleads particularized matters for which an evidentiary hearing is necessary; or

   b. Oral argument is requested by either party in its motion, objection or response pleadings.

10. If required, the motions hearing, shall take place before the undersigned on **August 24, 2023, at 10:00 a.m.**, in Courtroom 9W, Diana E. Murphy U.S. Courthouse, 300 South Fourth Street, Minneapolis, Minnesota.  D. Minn. LR 12.1(d).

11. **TRIAL:**

   a. **IF NO PRETRIAL MOTIONS ARE FILED BY DEFENDANT: the following trial and trial-related dates are:**

   All voir dire questions and jury instructions and trial related motions (including motions in limine) must be submitted to District Judge Susan Richard Nelson on or before *a date to be determined*.

   This case must commence trial on *a date to be determined* before District Judge Susan Richard Nelson in Courtroom 7B, Warren E. Burger Federal Building and U.S. Courthouse, 316 North Robert Street, **SAINT PAUL**, Minnesota.

   b. **IF PRETRIAL MOTIONS ARE FILED, the trial date, and other related dates, will be rescheduled following the ruling on pretrial motions. Counsel must contact the Courtroom Deputy for District Judge Nelson to confirm the new trial date.**

Dated: June ___29___, 2023

   *s/Tony N. Leung*
   Tony N. Leung
   United States Magistrate Judge
   District of Minnesota

   *United States v. Holt et al.*
   Case No. 23-cr-155 (SRN/TNL)